```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CRIMINAL NO. 07-50051-002/003      USA v. MICHAEL CRAGAN and
                                   MICHELLE CRAGAN

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. WENDY JOHNSON

Clerk: GAIL GARNER                 Deft. BRIAN PHILLIPS/MATTHEW
                                         HORAN
Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

On this date the above named defendants appeared in person and with counsel for sentencing and are sworn.

- (X)  Inquiry made that defendants are not under influence of alcohol or drugs and are able to comprehend proceedings.
- (X)  Inquiry made whether defendants are under the care of a physician or taking any medication and are able to comprehend proceedings.
- (X)  Inquiry made that defendants are satisfied with counsel.
- (X)  Court determined that defendants and counsel have had opportunity to read and discuss presentence investigation report.
- (X)  Presentence investigation report reviewed in open court.
- (X)  Court expresses final approval of plea agreement.
- (X)  Victim Impact Statements: 1. Tom Giller, Kraft Foods; 2. Rae Ann Campellone by letter dd 10/22/07 (Court's Ex. #1).
- (X)  Evidence presented: 1. Pat Cragan; 2. Bill McClish; 3. Debbie Stevenson.
- (X)  Government's motion for downward departures addressed by the court - granted and 3 level departure awarded for defendant Michael Cragan and 1 level departure awarded for defendant Michelle Cragan.
- (X)  Counsel for defendants afforded opportunity to speak on behalf of defendants.
- (X)  Defendants afforded opportunity to make statement and present information in mitigation of sentence.
- (X)  Attorney for government afforded opportunity to make statement to court.

07-50051-002 & 003

- (X) Court proceeded to impose sentence as follows:

    As to Michael Cragan:
    24 months imprisonment; 3 years supervised release;
    $30,000.00 fine - interest waived.

    As to Michelle Cragan:
    10 months imprisonment; 1 year supervised release;
    $10,000.00 fine - interest waived.

- (X) Defendants ordered to comply with standard conditions of supervised release.
- (X) Defendants ordered to comply with following special conditions of supervised release:

    Do not incur any new debt or establish bank accounts prior to payment of fine without permission of USPO.

    Make financial information available to USPO at their request.

- (X) Defendants ordered to pay total special assessment of $100.00 each for count 1, which shall be due immediately.
- (X) Indictment dismissed on motion by government.
- (X) Defendants advised of right to appeal sentence imposed.
- (X) Defendants advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendants allowed to remain on present bond and surrender no later than 2:00 p.m. on Thursday, 9/25/08.

DATE: SEPTEMBER 3&4, 2008     Proceeding began:    11:08 AM
                                          recess:    12:31 PM
                                       reconvene:     8:26 AM
                                           ended:     9:30 AM